UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-11-2035-LRS |
| vs. | ) Order Of Dismissal |
| ANDRES REYES ZAPATA, | ) Without Prejudice |
| Defendant. | ) |

Leave of Court is granted for the filing of the foregoing dismissal without prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED this 2nd day of September, 2011.

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Judge

Order Of Dismissal Without Prejudice - 1